IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DUNCAN-PETERS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 13-cv-01888 (RCL)<br>) |
| UNITED STATES OF AMERICA, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## CONSENT MOTION TO INTERVENE

John Bayly, a retired D.C. Superior Court Judge, moves with the consent of defendants under Fed. R. Civ. P. 24(b)(1)(B) to intervene as a plaintiff in this action.[1]  As shown by the annexed pleading,  Judge Bayly has a claim against defendants that it based on the same questions of law and fact upon which the claims of plaintiffs in this action are based, and it is

---

[1] In accordance with LCvR 7(m), counsel for Judge Bayly discussed this motion with counsel for defendants the United States of America and the District of Columbia, and they advised that defendants consent to this motion.

apparent that defendants' defense to this claim is the same as their defense to plaintiffs' claims.

Grant of this motion will not prejudice defendants or delay this case, which has been stayed. [2]

                                        Respectfully submitted,

                                        ___/s/ Neil H. Koslowe_____
                                        Neil H. Koslowe
                                        D.C. Bar 31792
                                        Potomac Law Group, PLLC
                                        1300 Pennsylvania Avenue, N.W., Suite 700
                                        Washington, DC 20004
                                        Telephone: (202) 508-8118
                                        Facsimile:  (202) 318-7707
                                        E-mail: nkoslowe@potomaclaw.com

Dated: April 17, 2014

---

[2] Judge Bayly respectfully requests that, if the Court is prepared to grant this motion, that it do so prior to April 22, 2014, to forestall any possible statute of limitations issue in this case.