IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DUNCAN-PETERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-cv-01888 (RCL) |

## CONSENT MOTION TO SUSPEND PROCEEDINGS

Pursuant to Rule 7 of the Rules of this Court, defendant, the United States, respectfully requests a suspension of this action for an additional sixty days. All parties have consented to this motion.

In *Beer v. United States,* 696 F. 3d 1174 (Fed. Cir. 2012) (en banc), *cert denied,* 133 S.Ct 1997 (2013), the United States Court of Appeals for the Federal Circuit held that Congress violated the Compensation Clause of the Constitution and a statute when it withheld certain cost of living adjustments (COLAs) from Article III Judges. In *Cornish v. United States,* 112 Fed. Cl. 801 (2013), the United States Court of Federal Claims held that a non-Article III Judge is also entitled to those COLAs. On December 13, 2013, this Court suspended further proceedings in this case until sixty days after the decision in *Cornish* became final. On March 11, 2014, the Court of Appeals for the Federal Circuit dismissed the Government's appeal of the *Cornish* decision.

Now that *Beer* and *Cornish* are final, the parties expect to reach a resolution of this matter without further involvement of the Court.  Accordingly, we respectfully request that the Court suspend this action for an additional sixty days and order that defendant file a status report by July 8, 2014.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ L. Misha Preheim
L. MISHA PREHEIM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 305-3087
Fax: (202) 514-8640
Misha.Preheim@usdoj.gov

May 7, 2014                               Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHANIE DUNCAN-PETERS,** *et al.*, | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **Civil Action No. 13-cv-01888 (RCL)**<br>) |
| **UNITED STATES OF AMERICA,** *et al.*, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

## **ORDER**

Upon consideration of defendant's unopposed motion to suspend this case for sixty days, it is

ORDERED, that the motion is granted, and it is further

ORDERED that this case is suspended until July 8, 2014, and it is further,

ORDERED that defendant shall file a status report on or before July 8, 2014.

_____
United States District Judge