IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DUNCAN-PETERS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 13-cv-01888 (RCL) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANT'S RESPONSE TO MOTION TO INTERVENE**

Defendant, the United States, respectfully submits this response to the motion to intervene filed by Odessa F. Vincent. We do not believe that intervention is necessary because the United States and the District of Columbia are amicably resolving the claims of all District of Columbia Judges, including the claims set forth in Judge Vincent's complaint in intervention. If there were something unique regarding Judge Vincent's claims, then this would weigh in favor of requiring her to bring a separate case. We are unaware of any circumstances, however, that would cause her to be treated differently from other District of Columbia Judges during the resolution process.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JEANNE E. DAVIDSON
Director

              s/ Reginald T. Blades, Jr.
              REGINALD T. BLADES, JR.
              Assistant Director

              s/ L. Misha Preheim
              L. MISHA PREHEIM
              Senior Trial Counsel
              Commercial Litigation Branch
              Civil Division
              U.S. Department of Justice
              P.O. Box 480
              Ben Franklin Station
              Washington, D.C.  20044
              Tel:  (202) 305-3087
              Fax: (202) 514-8640
              Misha.Preheim@usdoj.gov

July 18, 2014           Attorneys for Defendant