IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

STEPHANIE DUNCAN-PETERS, ET AL.

Plaintiffs,

v.

UNITED STATES OF AMERICA ET AL.

Defendants.

Civil Action No. 13-cv-01888 (RCL).

## ORDER

The Court, having considered Odessa F. Vincent's Motion to Intervene, ~~having determined that the motion meets the requirements for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B) and~~ the responses thereto, the reply, and having considered the record, ~~and having noted that granting this motion will not delay this action,~~ hereby ~~GRANTS~~ DENIES the motion. ~~The Clerk is directed to add Odessa F. Vincent as a plaintiff in this action.~~ IT IS SO ORDERED.

United States District Judge

Dated: 8/19/14

Serve:

Neil H. Koslowe
L. Misha Preheim
Shana Frost

Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
Tel (301) 656-6905
Fax (301) 656-6906