IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE DUNCAN-PETERS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 13-cv-01888 (RCL) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SETTLEMENT AND DISMISSAL

Stephanie Duncan-Peters *et al.,* plaintiffs, give notice under Fed. R. Civ. P. 41(a)(1)(A) that this civil action has been settled and they are dismissing it.

                    Respectfully submitted,

                    ___/s/ Neil H. Koslowe_____
                    Neil H. Koslowe
                    D.C. Bar 31792
                    Potomac Law Group, PLLC
                    1300 Pennsylvania Avenue, N.W., Suite 700
                    Washington, DC 20004
                    Telephone: (202) 508-8118
                    E-mail: nkoslowe@potomaclaw.com

## CERTIFICATE OF SERVICE

I certify that today, October 1, 2014, I served a copy of the foregoing Notice of Settlement and Dismissal on defendants through the Court's ECF system.

                    __/s/ Neil H. Koslowe_____
                    Neil H. Koslowe
                    *Attorney*.